IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 98-6057 |
|---|---|---|
| v. | : | |
| ELLIS CROFT | : | CRIMINAL ACTION NO. 95-496-01 |

## ORDER

**AND NOW,** this 3rd day of January, 2012, upon consideration of Ellis Croft's Motion to Reconsider Pursuant to Rule 60(b)(4) (Docket No. 191), and the Government's response thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

_____
John R. Padova, J.